UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

———————

No. 19-13054

———————

Agency Docket Number
A209-219-187

ALMA MARISOL LOPEZ DIAZ,
JOSE ALEXANDER TREJO-LOPEZ,
JOSUE NEFTALI TREJO-LOPEZ,

                                              Petitioners,

versus

U.S. ATTORNEY GENERAL,

                                              Respondent.

———————

Petition for Review of a Decision of the
Board of Immigration Appeals

———————

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 08, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch